# Court of Appeals
# of the State of Georgia

ATLANTA,  April 17, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1205. MOUSSA DIARRA v. THE STATE.**

On December 1, 2023, Moussa Diarra filed a notice of appeal, seeking review of the trial court's September 1, 2023 order denying his pro se motions for speedy trial and for change of venue. This Court lacks jurisdiction.

Pretermitting the various substantive issues raised by this appeal, Diarra's notice of appeal is untimely. A notice of appeal must be filed within 30 days of entry of an appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Here, Diarra's notice of appeal was filed 91 days after entry of the trial court's September 1, 2023 order.

Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  04/17/2024

   I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

   Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.